Exhibit 1

## REQUEST FOR PAYMENT

| From: SLONE ASSOCIATES, INC.<br>835 Gil Harbin Industrial Blvd<br>Valdosta, GA 31601 | To: Walmart Stores, Inc.<br>Attn: #496 U.S. Logistics PO<br>P.O. Box 8040<br>Bentonville, AR 72712 | Invoice: 6235<br>Draw: 16-00200004<br>Invoice date: 11/10/2016<br>Period ending date: 11/10/2016 |
|---|---|---|

Contract For:

| Request for payment: | | | |
|---|---|---|---|
| Original contract amount | $1,297,854.00 | | |
| Approved changes | $1,194,856.00 | | Project: 16-002-000 |
| Revised contract amount | | $2,492,710.00 | Walmart 6020 Brooksville FL |
| Contract completed to date | | $2,398,279.00 | Contract date: 5/9/2016 |
| Add-ons to date | $0.00 | | |
| Taxes to date | $0.00 | | Architect: |
| Less retainage | $0.00 | | |
| Total completed less retainage | | $2,398,279.00 | Scope: Walmart DC#6020 MHE Automation Expansion Brooksville, FL |
| Less previous requests | $2,038,520.00 | | |
| Current request for payment | | $359,759.00 | |
| Current billing | | $359,759.00 | |
| Current additional charges | $0.00 | | |
| Current tax | $0.00 | | |
| Less current retainage | $0.00 | | |
| Current amount due | | $359,759.00 | |
| Remaining contract to bill | $94,431.00 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | 1,200,725.00 | -5,869.00 |
| Total approved this Month | | |
| TOTALS | 1,200,725.00 | -5,869.00 |
| NET CHANGES by Change Order | 1,194,856.00 | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Walmart Stores, Inc. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

CONTRACTOR: SLONE ASSOCIATES, INC.
By: _____
Date: 11-10-16

State Of Georgia          County Of Lowndes
Subscribed and sworn to before me this 10 day of November
Notary Public Jacquelyn Wigers
My commission expires: May 16, 2020

SLON0025

## REQUEST FOR PAYMENT DETAIL

Project: 16-002-000 / Walmart 6020 Brooksville FL     Invoice: 6235     Draw: 16-00200004     Period Ending Date: 11/10/2016   Detail Page 2 of 2 Pages

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Presently Stored Materials | Completed And Stored To Date | % Comp | Balance To Finish | Retainage Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01-000 | MHE Automation Expansion | 2,492,710.00 | 2,038,520.00 | 359,759.00 | | 2,398,279.00 | 96.21 | 94,431.00 | |
| Totals | | 2,492,710.00 | 2,038,520.00 | 359,759.00 | | 2,398,279.00 | 96.21 | 94,431.00 | |

SLON0026