Exhibit 2

| Date | Taylor's Hand Time Sheets (Exhibit A) | Taylor's Time Sheets Approved by Daniels (Exhibit B) | Slone's Daily Field Reports (Exhibit C) | Invoiced by Taylor to Daniels (Exhibit D) |
|---|---|---|---|---|
| | Taylor Industrial Construction, Inc. v. Westfield Insurance Company | | | |
| 6/25 | 16 men @ 12 hours | n/a | 16 men @ 10.5 hours(Tay00116) | |
| 6/26 | 16 men @ 12 hours | n/a | 16 men @ 11 hours (Tay00117) | |
| 6/27 | 15 men @ 12 hours | n/a | 15 men @ 11 hours (Tay00118) | |
| Sub-Total | 564 hours | n/a | 509 hours | 576 hours |
| | | | | |
| 7/2 | 14 men @ 12 hours | 13 men @ 12 hours 1 man @ 11 hours | 14 men @ 11 hours (Tay00119) | |
| 7/3 | 14 men @ 12 hours | 14 men @ 12 hours | 14 men @ 11 hours (Tay00120) | |
| 7/4 | 14 men @ (13@12 hours/1@10 hours) | 13 men @ 12 hours 1 man @ 10 hours | 14 men @ 11 hours (Tay00121) | |
| Sub-Total | 502 hours | 502 hours | 462 hours | 503 hours |
| | | | | |
| 7/9 | 15 men @ 12 hours 1 man @ 11.5 hours | 15 men @ 12 hours 1 man @ 11.5 hours | 16 men @ 11.5 hours (Tay00123) | |
| 7/10 | 16 men @ 12 hours | 16 men @ 12 hours | 16 men @ 11.5 hours (Tay00124) | |
| 7/11 | 13 men @ 12 hours | 13 men @ 12 hours | 12 men @ ? (Tay00125) | |
| Sub-Total | 539.5 hours | 539.5 hours | 368 + time for 7/11/16 | 539.5 hours |
| | | | | |
| 7/16 | 15 men @12 hours 1 man @ 4 hours | 15 men @ 11.5 hours 1 man @ 4 hours | 16 men @ 11.5 hours (Tay00126) | |
| 7/17 | 15 men @ 12 hours 1 man @ 10 hours | 15 men @ 12 hours 1 man @ 10 hours | 16 men @ 12 hours (Tay00127) | |
| 7/18 | 15 men @ 11.5 hours | 15 men @ 11.5 hours | 15 men @ 12 (Tay00128) | |
| Sub-Total | 546.5 | 539 hours | 553 hours | 539 hours |
| | | | | |
| 7/23 | 14 men @ 12 hours 1 man @ 11 hours | 14 men @ 12 hours 1 man @ 11 hours | 15 men @ 12 hours (Tay00130) | |
| 7/24 | 15 men @ 12 hours | 15men @ 12 hours | 15 men @ 12 hours (Tay00131) | |
| 7/25 | 13 men @ 12 hours 1 man @ 9 hours | 13 men @ 12 hours 1 man @ 9 hours (not signed) | 13 men @ 11.5 hours (Tay00132) | |
| Sub-Total | 524 | 524 | 509.5 | 525 hours |

Exhibit A

6-20-16 Thru 6-26-16 Brooksville Wal-mart Dist. Center Job# 16180

| | 20th M | 21st T | 22nd W | 23rd T | 24th F | 25th S | 26th S | Total |
|---|---|---|---|---|---|---|---|---|
| Dwayne McHarey | 7.0 | Ø | 2.0 | 2.0 | 2.0 4.0 | 12.0 | 12.0 | 37.0 |
| Lawrence Hillhouse | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Mario Burciaga | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Doug Cantrell | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Jacob Avery | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Branson Starling | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Chad Plain | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Jason Shelton | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Gary Risner | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Barrett K. Register | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Justin Adkins | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Mi[illegible] Adkins | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Josh Meyers | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Niel Barlow | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Brandon Williams | | | | | 4.0 | 12.0 | 12.0 | 28.0 |
| Brett Tucker | | | | | 4.0 | 12.0 | 12.0 | 28.0 |

6-24-16

Safety Training/welding Test.

DEFENDANT'S EXHIBIT comp 6 7/6/18 JP PENGAD 800-631-6989

Job #16180

6-27-16 Thru 7-3-16 Brooksville Wal-mart Distribution Center

| | | 27th M | 28th T | 29th W | 30th T | 1st F | 2nd S | 3rd S | Total |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Dwayne McHaney | 12.0 | Ø | 4.0 | Ø | Ø | 12.0 | 12.0 | ~~36.0~~ 40.0 |
| ✓ | Lawrence Hillhouse | Ø | Ø | Ø | Ø | Ø | 12.0 | 12.0 | ~~36.0~~ 24.0 |
| Jasper. ✓ | Mario Burciaga | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| ✓ | Doug Cantrell | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| L.V. shop ✓ | Jacob Avery | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| L.V. shop. | Branson Starling | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| ✓ | Chad Plain | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| mail | Jason Shelton | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| L.V. shop | Gary Risner | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| L.V. shop | Barrett K. Register | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| sat | Justin Adkins | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| sat | Michael Adkins | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| L.V. shop | Josh Meyers | 12.0 | Ø | Ø | Ø | Ø | Ø | Ø | 12.0 |
| L.V. shop | Niel Barlow | 12.0 | Ø | Ø | Ø | Ø | Ø | Ø | 12.0 |
| L.V. shop | Brandon Williams | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |
| nial Box + Jasper | Brett Tucker | 12.0 | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 36.0 |

16131 Klausner
Dwayne & Buck 10.0 hrs
6-30-16

* ✓ order cut-off wheels/Grinding Disc
2-Grinders
wire wheels 5-Hardwire

7-4-16 Thru 7-10-16 Brooksville, WAl-mart Dist ctr. Job # 16180

| | 4th M | 5th T | 6th W | 7th T | 8th F | 9th S | 10th S | | |
|---|---|---|---|---|---|---|---|---|---|
| Dwayne McHaney | 12.0 | Ø | 2.0 | 6.0 | Ø | 12.0 | 12.0 | 36.0 (8) | (48.0) |
| Lawrence Hillhouse | 12.0 | Ø | | | Ø | 12.0 | 12.0 | 36.0 | (40) |
| Mario Burciaga | 12.0 | Ø | | | Ø | 12.0 | 12.0 | 36.0 | (40) |
| Doug Cantrell | 12.0 | Ø | | | Ø | Ø | Ø | 12.0 | |
| Jacob Avery | 12.0 | Ø | | | Ø | 12.0 | 12.0 | 36.0 | (40.0) |
| Branson Starling | 10.0 | O | | Ø | Ø | 12.0 | 12.0 | 34.0 | (38.0) |
| Chad Plain | 12.0 | | | | Ø | 12.0 | 12.0 | 36.0 | (40.0) |
| Jason Shelton | 12.0 | | | | Ø | 12.0 | 12.0 | 36.0 | (40) |
| Gary Risner | 12.0 | | | | Ø | 12.0 | 12.0 | 36.0 | (40) |
| Barrett K. Register | 12.0 | | | | Ø | 12.0 | 12.0 | 36.0 | (40) |
| Justin Adkins | 12.0 | | | | Ø | 12.0 | 12.0 | 36.0 | (40) |
| Michael Adkins | 12.0 | | | | Ø | 12.0 | 12.0 | 36.0 | (40) |
| Brandon Williams | 12.0 | | | | Ø | 12.0 | 12.0 | 36.0 | (40) |
| Brett Tucker | 12.0 | | | | Ø | 11.5 | 12.0 | 35.5 | (39.5) |
| Sven Stephens | Ø | | | | Ø | 12.0 | 12.0 | 24.0 | Safety 4.0 |
| Tobe Cain | Ø | | | | Ø | 12.0 | 12.0 | 24.0 | Safety 4.0 |
| John Williams | Ø | Ø | | Ø | Ø | 12.0 | 12.0 | 24.0 | Safety 4.0 |

7-11-16 Thru 7-17-16 Brooksville, FL. Wal-mart Dist Ctr, Job# 16180

| | Name | 11th M | 12th T | 13th W | 14th T | 15th F | 16th S | 17th S | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Dwayne McHaney | 12.0 | Ø | Ø | 4.0 | 2.0 | 12.0 | 12.0 | 36 (40) |
| ✓ | Lawrence Hillhouse | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| ✓ | Mario Burciaga | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| ✓ | Jacob Avery | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| ✓ | Branson Starling | 12.0 | | | | | Ø | 10.0 | 22 (22) |
| ✓ | Chad Plain | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| | Jason Shelton | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| ✓ | Gary Risner | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| ✓ | Barrett K. Register | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| ✓ | Justin Adkins | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| ✓ | Michael Adkins | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| ✓ | Brandon Williams | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| | Brett Tucker | Ø | | | | | 4.0 | Ø | 4.0 (4.0) |
| ✓ | Sven Stephens | 12.0 | | | | | 12.0 | 12.0 | 36 (40) |
| * | Tobe Cain | Ø | Ø | Ø | Ø | Ø | Ø | Ø | Ø Terminated 7-11-16 (6:30) |
| * | John Williams | Ø | Ø | Ø | Ø | Ø | Ø | Ø | Quit 7-10-16 |
| ✓ | Kieth Odem | Ø | Ø | Ø | 4.0 | Ø | 12.0 | 12.0 | 24 (28) |
| ✓ | Cillford Dean | Ø | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 24 (24) |
| ✓ | Torn Somone | Ø | Ø | Ø | Ø | Ø | 12.0 | 12.0 | 24 (24) |

Margin notes: B.O 7-11-16 CS (beside Branson Starling); 7/16 Rec'd/Ret'd item (beside Brett Tucker)

89.26 – receipts
Owe on receipts
2389.26
4174

7-18-16 Thru 7-24-16 Brooksville Fl. Walmart Dist CTR. Job# 16180

| | 18th m | 19th T | 20th W | 21st T | 22nd F | 23rd S | 24th S | 35.5 |
|---|---|---|---|---|---|---|---|---|
| Dwayre McHaney | 11.5 | 2.0 | 6.0 | 3.0 | Ø | 12.0 | 12.0 | (45.0) |
| 2 Lawrence Hillhouse | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| 3 Mario Burciaga | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| 3 Jacob Avery | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| 3 Branson Starling | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| 2 Chad Plain | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| 3 Jason Shelton | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| * 5 Gary Risner | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| 2 Barrett R. Register | 11.5 | | | | Ø | 11.0 | 12.0 | 34.5 (40) |
| 2 Justin Adkins | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| 5 Michael Adkins | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| Brandon Williams | Ø | | | | Ø | 12.0 | 12.0 | 24. (24) |
| 2 Sven Stephens | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| 2 Kieth Odom | 11.5 | | | | Ø | 12.0 | 12.0 | 35.5 (40) |
| 3 Clifford Dean | 11.5 | | | | Ø | Ø | Ø | 11.5 |
| Tom Sornone | 11.5 | | | | Ø | Ø | Ø | 11.5 |
| Safety Training Zach Stephens | Ø | | | 4.0 | Ø | 12.0 | 12.0 | 24.0 |

#147.89

$114.789 (?)

.0 Hrs Safety Training Zach Stephens
7-21-16

* Dwayne
  Job# 16178 (6.0 Hrs)
  G.E.
  Ext 550

28.11

2810
2410   Hwy 23 S. Cecil FLD.

$117.89 CASH

7-25-16 Thru 7-31-16   Brooksville, Walmart Dist CTR Job# 1080. 16178

G.C. Jacksonville, Job #

| | 27th m | 26th T | 27th W | 28th T | 29th F | 30th S | 31st S | Total |
|---|---|---|---|---|---|---|---|---|
| Dwayne McHaney | Ø | Ø | Ø | 8.0 | 9.0 | Ø | Ø | 13.0 |
| Lawrence Hillhouse | 12 | — End of Job — | | | | | | 12.0 hrs |
| Mario Burciaga | 12 | | | | | | | 12.0 hrs |
| Jacob Avery | 12 | | | | | | | 12.0 |
| Branson Starling | 12 | | | | | | | 12.0 |
| Chad Plain | 12 | | | | | | | 12.0 |
| Jason Shelton | 12 | | | | | | | 12.0 |
| Gary Risner | 12 | | | | | | | 12.0 |
| Barrett K. Register | 12 | | | | | | | 12.0 |
| Justin Adkins | 12 | | | | | | | 12.0 |
| Michael Adkins | 12 | | | | | | | 12.0 |
| Brandon Williams | 9/cw | | | | | | | 9.0 |
| Oven Stephens | 12 | | | | | | | 12.0 |
| Kieth Odom | 12 | | | | | | | 12.0 |
| Zach Stephens | 12 | | | | | | | |

CASE4
127.00

Exhibit B



# TAYLOR
### INDUSTRIAL CONSTRUCTION, INC.
1321 SHADY OAK LN - JASPER - FLORIDA 32052
PHONE: (386) 792-3060 - FAX: (386) 792-3061

6450

| DATE | JOB NUMBER | | | | EQUIPMENT | QTY | TIME |
|---|---|---|---|---|---|---|---|
| 7-2-16 | Job# 16180, Brooksville, FL. Wal-mart Dist CTR | | | | Welding Machine | | |
| | | | | | Burning Rig | | |
| NAMES | ST | OT | DT | TOTAL | Truck Torch | | |
| Superintendent | | | | | Fork Lift. 4 hr. min. | | |
| Dwayne McHaney | 12.0 | | | 12.0 | Cherry Picker - 15 ton. 4 hr. min. | | |
| General Foreman | | | | | Crane - 30 ton. 4 hr. min. | | |
| | | | | | Boom Truck - 5 ton. 4 hr. min. | | |
| Foreman | | | | | Dump Truck | | |
| Lawrence Hillhouse | 12.0 | | | 12.0 | Truck | | |
| Mario Burciaga | 12.0 | | | 12.0 | Gator/Golf Cart. day min. | | |
| | | | | | Trailer. day min. | | |
| Doug Cantrel | 12.0 | | | 12.0 | Manlift - 40'. day min. | | |
| | | | | | Manlift - 60'. day min. | | |
| Jacob Avery | 12.0 | | | 12.0 | Backhoe. 4 hr. min. | | |
| | | | | | 3/4" Impact. day min. | | |
| Branson Starling | 12.0 | | | 12.0 | Floor Saw. day min. | | |
| | | | | | Air Compressor. day min. | | |
| Chad Plain | 12.0 | | | 12.0 | 2" Pump. day min. | | |
| | | | | | Beveling Machine | | |
| Jason Shelton | 12.0 | | | 12.0 | Pipe Threader. day min. | | |
| Gary Risner | 12.0 | | | 12.0 | EXPENDABLES | | |
| | | | | | 4-1/2" Grinding Disc | | |
| Barrett K. Register | 12.0 | | | 12.0 | 7" Grinding Disc | | |
| | | | | | Face Shields | | |
| Justin Adkins | 12.0 | | | 12.0 | Oxygen | | |
| | | | | | Acetylene | | |
| Michael Adkins | 12.0 | | | 12.0 | Argon | | |
| | | | | | 75/25 | | |
| Brandon Williams | 12.0 | | | 12.0 | 1/8" 7018 Welding Rods | | |
| | | | | | 1/8" 6010 Welding Rods | | |
| Brett Tucker | 11.0 | | | 11.0 | RENTAL EQUIPMENT | | |
| | | | | | MATERIALS | | |

Approved by _____



# TAYLOR
### INDUSTRIAL CONSTRUCTION, INC
1321 SHADY OAK LN - JASPER - FLORIDA 32052
PHONE: (386) 792-3060 - FAX: (386) 792-3061

6449

| DATE | JOB NUMBER | | | | EQUIPMENT | QTY | TIME |
|---|---|---|---|---|---|---|---|
| 7-3-16 | Job # 16190, Brooksville, FL Wal-mart Dist CTR. | | | | Welding Machine | | |
| | | | | | Burning Rig | | |
| NAMES | ST | OT | DT | TOTAL | Track Torch | | |
| | | | | | Fork Lift, 4 hr. min. | | |
| Superintendent DWAYNE McHaney | 12.0 | | | 12.0 | Cherry Picker - 15 ton, 4 hr. min. | | |
| General Foreman | | | | | Crane - 30 ton, 4 hr. min. | | |
| | | | | | Boom Truck - 5 ton, 4 hr. min. | | |
| Foreman Lawrence Hillhouse | 12.0 | | | 12.0 | Dump Truck | | |
| | | | | | Truck | | |
| Mario Burciaga | 12.0 | | | 12.0 | Gator/Golf Cart, day min. | | |
| Doug Cantrell | 12.0 | | | 12.0 | Trailer, day min. | | |
| | | | | | Manlift - 40', day min. | | |
| Jacob Avery | 12.0 | | | 12.0 | Manlift - 60', day min. | | |
| | | | | | Backhoe, 4 hr. min. | | |
| Branson Starling | 12.0 | | | 12.0 | 3/4" Impact, day min. | | |
| | | | | | Floor Saw, day min. | | |
| Chad Plain | 12.0 | | | 12.0 | Air Compressor, day min. | | |
| | | | | | 2" Pump, day min. | | |
| Jason Shelton | 12.0 | | | 12.0 | Beveling Machine | | |
| | | | | | Pipe Threader, day min. | | |
| Gary Risner | 12.0 | | | 12.0 | EXPENDABLES | | |
| | | | | | 4-1/2" Grinding Disc | | |
| Barrett K. Register | 12.0 | | | 12.0 | 7" Grinding Disc | | |
| | | | | | Face Shields | | |
| Justin Adkins | 12.0 | | | 12.0 | Oxygen | | |
| | | | | | Acetylene | | |
| Michael Adkins | 12.0 | | | 12.0 | Argon | | |
| | | | | | 75/25 | | |
| Brandon Williams | 12.0 | | | 12.0 | 1/8" 7018 Welding Rods | | |
| | | | | | 1/8" 6010 Welding Rods | | |
| Brett Tucker | 12.0 | | | 12.0 | RENTAL EQUIPMENT | | |
| | | | | | | | |
| | | | | | | | |
| | | | | .5? | | | |
| | | | | | MATERIALS | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Approved by _____

Case 8:16-cv-02960-SPF   Document 93-2   Filed 10/25/18   Page 31 of 46 PageID 696

TAYLOR
INDUSTRIAL CONSTRUCTION, INC
1321 SHADY OAK LN - JASPER - FLORIDA 32052
PHONE: (386) 792-3060 - FAX: (386) 792-3061

6448

| DATE | JOB NUMBER | | | | EQUIPMENT | QTY | TIME |
|---|---|---|---|---|---|---|---|
| 7-4-16 | Job# 16180, Brooksville, FL; Wal-mart Dist CTR. | | | | Welding Machine | | |
| | | | | | Burning Rig | | |
| NAMES | ST | OT | DT | TOTAL | Track Torch | | |
| | | | | | Fork Lift, 4 hr. min. | | |
| Superintendent DwAyne McHaney | 12.0 | | | 12.0 | Cherry Picker - 15 ton, 4 hr. min. | | |
| General Foreman | | | | 12.0 | Crane - 30 ton, 4 hr. min. | | |
| | | | | | Boom Truck - 5 ton, 4 hr. min. | | |
| Foreman LAwrence Hillhouse | 12.0 | | | 12.0 | Dump Truck | | |
| | | | | | Truck | | |
| MArio Burciaga | 12.0 | | | 12.0 | Gator/Golf Cart, day min. | | |
| | | | | | Trailer, day min. | | |
| Dag Cantrell | 12.0 | | | 12.0 | Manlift - 40', day min. | | |
| | | | | | Manlift - 60', day min. | | |
| JAcob Avery | 12.0 | | | 12.0 | Backhoe, 4 hr. min. | | |
| | | | | | 3/4" Impact, day min. | | |
| Branson Starling | 10.0 | | | 10.0 | Floor Saw, day min. | | |
| | | | | | Air Compressor, day min. | | |
| Chad Plain | 12.0 | | | 12.0 | 2" Pump, day min. | | |
| | | | | | Beveling Machine | | |
| Jason Shelton | 12.0 | | | 12.0 | Pipe Threader, day min. | | |
| | | | | | EXPENDABLES | | |
| Gary Risner | 12.0 | | | 12.0 | 4-1/2" Grinding Disc | | |
| | | | | | 7" Grinding Disc | | |
| Barrett K. Register | 12.0 | | | 12.0 | Face Shields | | |
| | | | | | Oxygen | | |
| Justin Atkins | 12.0 | | | 12.0 | Acetylene | | |
| | | | | | Argon | | |
| Michael Adkins | 12.0 | | | 12.0 | 75/25 | | |
| | | | | | 1/8" 7018 Welding Rods | | |
| Brandon Williams | 12.0 | | | 12.0 | 1/8" 6010 Welding Rods | | |
| | | | | | RENTAL EQUIPMENT | | |
| Brett Tucker | 12.0 | | | 12.0 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | 1 | | | |
| | | | | | | | |
| | | | | | MATERIALS | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Approved by _____

ATTAchment 2 of 5

| Taylor Industrial Construction Inc | Date: 7-9-2016 Thru 7-11-2016 | Shift: 4:30 pm – 4:30 Am |
|---|---|---|
| 1321 Shady Oak Ln<br>Jasper, FL 32052<br>Phone: 386-792-3060 Fax: 386-792-3061 | | |

Job# 16180    Customer: DAniels Welding

WAl-mart Dist CtR, Brooksville, FL.

| Badge # | Name | Class | In | Out | Job: 16180 7-9-16 PO: Hrs | Job: 16180 7-10-16 PO: Hrs | Job: 16180 7-11-16 PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dwayne McHaney | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | Lawrence Hillhouse | | | | 12.0 | 12.0 | 12.0 | | | | | |
| | MArio Burciaga | | | | 12.0 | 12.0 | 12.0 | | | | | |
| | Jacob Avery | | | | 12.0 | 12.0 | 12.0 | | | | | |
| | Branson Starling | | | | 12.0 | 12.0 | 12.0 | | | | | 360 |
| | Chad Plain | | | | 12.0 | 12.0 | 12.0 | | | | | |
| | JAson Shelton | | | | 12.0 | 12.0 | 12.0 | | | | | |
| | Gary Risner | | | | 12.0 | 12.0 | 12.0 | | | | | |
| | Barrett R. Register | | | | 12.0 | 12.0 | 12.0 | | | | | |
| | Justin Adkins | | | | 12.0 | 12.0 | 12.0 | | | | | |

| Equipment | | Truck | | Hour | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Day | | | | | | | | |

S 39.50

Approved By: Charles Baum  Date: 7-9-16
Approved By: Charles Baum  Date: 7-10-16
Approved By: Charles Baum  Date: 7-11-16
Approved By:  Date:
Approved By:  Date:
Approved By:  Date:
Approved By:  Date:

ATTACHMENT 3 of 5

| Taylor Industrial Construction Inc | | | | Date: 7-9-2016 thru 7-11-2016 | | Shift: 4:30pm - 4:30 AM | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1321 Shady Oak Ln Jasper, FL 32052 Phone: 386-792-3060 Fax: 386-792-3061 | | | | | | | | | | | | | |

Job# 16180          Customer: Daniels Welding

Walmart Dist Ctr, Brooksville, FL.

| Badge # | Name | Class | In | Out | Job: 16180 7-9-16 PO: Hrs | Job: 16180 7-10-16 PO: Hrs | Job: 16180 7-11-16 PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Michael Adkins | | | | 12.0 | 12.0 | 12.0 | | | | | | 36 |
| | Brandon Williams | | | | 12.0 | 12.0 | 12.0 | | | | | | 36 |
| | Brett Tucker | | | | 11.5 | 12.0 | Ø | | | | | | 23.5 |
| | Sven Stephens | | | | 12.0 | 12.0 | 12.0 | | | | | | 36 |
| | Tobe Cain | | | | 12.0 | 12.0 | Ø | | | | | | 24 |
| | John Williams | | | | 12.0 | 12.0 | Ø | | | | | | 24 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | 179.50 |
| | | | | | | | | | | | | | |

| Equipment | | Truck | | Hour | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Day | | | | | | | | | |
| | | | | | | | | | | | | | |

Approved By: Charles Drew   Date: 7-9-16
Approved By: Charles Drew   Date: 7-10-16
Approved By: Charles Drew   Date: 7-11-16
Approved By:   Date:
Approved By:   Date:
Approved By:   Date:
Approved By:   Date:

ATTACHMENT
4 of 5

| Taylor Industrial Construction Inc | | | | | | | Date: | Shift: 5:00pm 4:30am | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1321 Shady Oak Ln<br>Jasper, FL 32052<br>Phone: 386-792-3060 Fax: 386-792-3061 | | | | | | | 7-16-16<br>Thru<br>7-18-16 | | | | | |

Customer: Daniels Welding

Job# 16180, Wal-mart Dist Ctr, Brooksville, FL.

| Badge # | Name | Class | In | Out | Job: 16180<br>7-16-16<br>PO:<br>Hrs | Job: 16180<br>7-17-16<br>PO:<br>Hrs | Job: 16180<br>7-8-16<br>PO:<br>Hrs | Job:<br>PO:<br>Hrs | Job:<br>PO:<br>Hrs | Job:<br>PO:<br>Hrs | Job:<br>PO:<br>Hrs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dwayne McHaney | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Lawrence Hillhouse | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Mario Burciaga | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Jacob Avery | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Branson Starling | | | | Ø | 10.0 | 11.5 | | | | | 21.5 |
| | Chad Plain | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Jason Shelton | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Gary Risner | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Barrett R. Register | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Justin Adkins | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| Equipment | | Truck | | Hour | | | | | | | | |
| | | | | Day | | | | | | | | |
| | | 539 | | | Approved By:<br>Date: 7-19-16 | Approved by:<br>Charles<br>Date: 7-19-16 | Approved By:<br>Charles<br>Date: 7-19-16 | Approved By:<br>Date: | Approved By:<br>Date: | Approved By:<br>Date: | Approved By:<br>Date: | |

140

175

ATTACHMENT 6 of 5

**Taylor Industrial Construction Inc**

1321 Shady Oak Ln

Jasper, FL 32052

Phone: 386-792-3060 Fax: 386-792-3061

Date: 7-16-16 Thru 7-18-16

Shift: 5:00pm – 4:30am

Customer: Daniels Welding

Job # 16180, Wal-mart Dist CTR. Brooksville, FL.

| Badge # | Name | Class | In | Out | Job: 16180 7-16-16 PO: Hrs | Job: 16180 7-17-16 PO: Hrs | Job: 16180 7-18-16 PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Total |
|---------|------|-------|----|----|------|------|------|------|------|------|------|-------|
| | Michael Adkins | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Brandon Williams | | | | 11.5 | 12.0 | Ø | | | | | 23.5 |
| | Brett Tucker | | | | 4.0 | Ø | Ø | | | | | 4 |
| | Sven Stephens | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Kieth Odom | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Clifford Dean | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | Tom Samone | | | | 11.5 | 12.0 | 11.5 | | | | | 35 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Equipment | | Truck | | Hour | | | | | | | | |
| | | | | Day | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | Approved By: Date: 7-19-16 | Approved By: Date: 7-19-16 | Approved By: Date: 7-19-16 | Approved By: Date: | Approved By: Date: | Approved By: Date: | Approved By: Date: | |

140

**Taylor Industrial Construction Inc**
1321 Shady Oak Ln
Jasper, FL 32052
Phone: 386-792-3060 Fax: 386-792-3061

Date: 7-23-16 Thru 7-26-16

Shift: 5:00 pm - 5:00 AM

Customer: DAniels Welding

Job# 16180

Brooksville, FL. WalmArt Dist CTR.

| Badge # | Name | Class | In | Out | Job: 16180 7-23-16 PO: Hrs | Job: 16180 7-24-16 PO: Hrs | Job: 16180 7-25-16 PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DwAyne McHAney | | | | 12.0 | 12.0 | | | | | | 24 |
| | LAwrence Hillhouse | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | MArio Burciaga | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | JAcob Avery | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | Branson StArling | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | ChAd Plain | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | JAson Shelton | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | GAry Risner | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | Bartett K. Register | | | | 11.0 | 12.0 | 12.0 | | | | | 35 |
| | Justin Adkins | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |

| Equipment | | Truck | | Hour | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Day | | | | | | | | |
| | | | | | | | | | | | | 348 |

525.00

| | Approved By: Date: 7-23-16 | Approved By: Date: 7-24-16 | Approved By: Date: | Approved By: Date: | Approved By: Date: | Approved By: Date: | Approved By: Date: |
|---|---|---|---|---|---|---|---|

E4p 887.56
Equip 10 406.88

**Taylor Industrial Construction Inc**

1321 Shady Oak Ln
Jasper, FL 32052
Phone: 386-792-3060 Fax: 386-792-3061

Date: 7-23-16 Thru 7-26-16

Shift: 5:00pm - 5:00am

Customer: Daniels Welding

Job # 16180

Brooksville, FL. Walmart Dist Ctr.

| Badge # | Name | Class | In | Out | Job: 16180 7-23-16 PO: Hrs | Job: 16180 7-24-16 PO: Hrs | Job: 16180 7-25-16 PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Job: PO: Hrs | Total |
|---------|------|-------|----|----|----|----|----|----|----|----|----|-------|
| | Michael Adkins | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | Brandon Williams | | | | 12.0 | 12.0 | 9.0 | | | | | 33 |
| | Sven Stephens | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | Kieth Adam | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | Zach Stephens | | | | 12.0 | 12.0 | 12.0 | | | | | 36 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | M |
| Equipment | | Truck | Hour Day | | | | | | | | | |
| | | | | | | | | | | | | |

Approved By: _____ Date: 7-23-16
Approved By: _____ Date: 7-24-16
Approved By: Date:
Approved By: Date:
Approved By: Date:
Approved By: Date:
Approved By: Date:

Exhibit C


**SLONE**
**ASSOCIATES, INC.**
**GENERAL CONTRACTORS** 835 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-8709 • (229) 244-7778

## DAILY FIELD REPORT

DATE: *6-25-16*   DAY: *Sat.*   JOB #: *16-002*   JOB NAME: *Brooksville, D.C.*

| WEATHER | | |
|---|---|---|
| MIN TEMP: *73°* | PRECIPITATION: *None* | |
| MAX TEMP: *88°* | WEATHER DELAYS: *None* | |
| CONDITIONS: | | |

**SELF PERFORMED WORK ACTIVITY** *(employees on site, work performed, equipment on site)*

Worked forms & formed pitts
Welded over Suwannee Welding in section "D" (Door 71) & moving on down

**SUBCONTRACT WORK ACTIVITY** *(company name, # of men, equipment, work performed, any additional comments)*

Horizontal Concrete   4 men @ 8 Hr.
Taylor Industrial Construction  16 Men @ 10 ½ hrs.
Daniels Welding    3 men @ 12 Hrs.
Ringer Restoration  1 Man 10 Hrs.

**MATERIAL DELIVERIES** *(vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)*

None

**VISITORS** *(who, company, reason for visit, arrival & departure time)*

None

**ADDITIONAL NOTES/COMMENTS** *(QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)*

Painter finished for now.

SUPT. SIGNATURE: *Paul Harrell*   PRINT NAME: *Paul Harrell*



**SLONE**
**ASSOCIATES, INC.**
GENERAL CONTRACTORS   835 GIL HARBIN INDUSTRIAL BLVD. · VALDOSTA, GA 31601 · (229) 244-6709 · (229) 244-7778

# DAILY FIELD REPORT

| DATE: 6-26-16 | DAY: Sunday | JOB #: 16-002 | JOB NAME: Brooksville, D.C. |
|---|---|---|---|

**WEATHER**

| MIN TEMP: 69° | PRECIPITATION: (Rain early AM) |
|---|---|
| MAX TEMP: 89° | WEATHER DELAYS: None |

CONDITIONS: Humid

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)

Removed Heater unit from ceiling + cut steel etc.
Welding in section "D" Still going
Setting forms

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)

Horizontal Concrete   4 men @ 9 HRs.
Taylor Industrial Construction   16 men @ 11 HRs.
Daniels Welding   3 Men @ 13 hrs.           13 Men

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)

None

**VISITORS** (who, company, reason for visit, arrival & departure time)

None

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

SUPT. SIGNATURE: Paul Harrell          PRINT NAME: Paul Harrell

OF-0021.1 Rev 080115          Tay00117          Page ___ of ___



**SLONE**
**ASSOCIATES, INC.**
**GENERAL CONTRACTORS** 835 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-6709 • (229) 244-7778

# DAILY FIELD REPORT

DATE: 6-27-16   DAY: Mon,   JOB #: 16-002   JOB NAME: Brooksville

**WEATHER**
MIN TEMP: 74°   PRECIPITATION: ½"
MAX TEMP: 91°   WEATHER DELAYS: None
CONDITIONS: Muggy

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)
Dug trench for main electrical connections, Covered w/ steel & welded ramps on it to open up for traffic

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)
Taylor Industrial Construction    15 Men @ 11 HR.
Daniels Welding    3 Men @ 12 HR

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)
None on night shift

**VISITORS** (who, company, reason for visit, arrival & departure time)

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

SUPT. SIGNATURE: Paul Harrell     PRINT NAME: Paul Harrell



**SLONE**
ASSOCIATES, INC.
GENERAL CONTRACTORS   835 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-6709 • (229) 244-7778

# DAILY FIELD REPORT

DATE: SAT, 7-2-16  DAY: SAturday  JOB #: 16-002  JOB NAME: Brooksville D.C.

| WEATHER | |
|---|---|
| MIN TEMP: 74° | PRECIPITATION: None |
| MAX TEMP: 95° | WEATHER DELAYS: None |
| CONDITIONS: Hot + Muggy | |

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)

Daniels Welding    3 Men @ 12+ hrs.
Taylor Industrial Construction   14 Men @ 11 hrs.

Welding same section

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)

None

**VISITORS** (who, company, reason for visit, arrival & departure time)

None

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

SUPT. SIGNATURE: Paul Harrell          PRINT NAME: Paul Harrell

OF-0021.1 Rev 060115                    Tay00119                    Page ____ of ____



**SLONE ASSOCIATES, INC.**
GENERAL CONTRACTORS 835 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-6709 • (229) 244-7778

# DAILY FIELD REPORT

DATE: July 3 2016 DAY: Sunday JOB #: 16-002 JOB NAME: Brooksville, D.C.

**WEATHER**
MIN TEMP: 73° PRECIPITATION: None
MAX TEMP: 96° WEATHER DELAYS: None
CONDITIONS: Humid

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)
Welding
Cutting steel

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)
Taylor Industrial Construction   14 Men @ 11 hrs.
Daniels Welding                        3 Men @ 13 hrs.

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)
None

**VISITORS** (who, company, reason for visit, arrival & departure time)
None

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

SUPT. SIGNATURE: Paul Harrell     PRINT NAME: Paul Harrell

OF-0021.1 Rev 080118                    Tay00120                    Page ___ of ___



**SLONE**
**ASSOCIATES, INC.**
GENERAL CONTRACTORS   835 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-6709 • (229) 244-7778

## DAILY FIELD REPORT

| DATE: July 4 2016 | DAY: Monday | JOB #: 16-002 | JOB NAME: Brooksville D.C. |
|---|---|---|---|

**WEATHER**

| MIN TEMP: 74° | PRECIPITATION: None |
|---|---|
| MAX TEMP: 96° | WEATHER DELAYS: None |

CONDITIONS: Hot & Humid

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)

Welding rods, plates, angle iron, etc. (same sections)

Cutting steel, etc.

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)

Taylor Industrial Construction          14 Men @ 11 hrs.

Daniels Welding          3 Men @ 13 hrs.

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)

None

**VISITORS** (who, company, reason for visit, arrival & departure time)

None

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

SUPT. SIGNATURE: Paul Harrell          PRINT NAME: Paul Harrell

OF-0021.1 Rev 050115          Tay00121          Page ___ of ___



**SLONE**
**ASSOCIATES, INC.**
**GENERAL CONTRACTORS** 635 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-6709 • (229) 244-7778

## DAILY FIELD REPORT

| DATE: 7/5/16 | DAY: Tues | JOB #: 16-002 | JOB NAME: Brooksville D.C. |
|---|---|---|---|

**WEATHER**

| MIN TEMP: 78° | PRECIPITATION: None |
|---|---|
| MAX TEMP: 91° | WEATHER DELAYS: None |
| CONDITIONS: | hot / humid |

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)

Installed conduit + pullstrings. Assemble new racking + install
General Clean-up. Moved Bill Daniels lifts from
west side of building to allow room for work.

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)

Symbotic (Frazier)   32 men @ 10 hrs.
Wiggins Elect.   2 men @ 9 hrs.

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)

Dollar General (credit card purchase)   Auth. # 764262

**VISITORS** (who, company, reason for visit, arrival & departure time)

N/A

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

N/A

SUPT. SIGNATURE: Kenneth James Hayes Jr.     PRINT NAME: Kenneth James Hayes Jr.

OF-0021.1 Rev 080115

Tay00122

Page 1 of 1



**SLONE ASSOCIATES, INC.**

**GENERAL CONTRACTORS**  635 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-8709 • (229) 244-7778

## DAILY FIELD REPORT

DATE: 7-9-16   DAY: Sat.   JOB #: 16-002   JOB NAME: Brooksville, D.C.

**WEATHER**

MIN TEMP: 73°   PRECIPITATION: None
MAX TEMP: 96°   WEATHER DELAYS: None
CONDITIONS: Humid

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)

Welding in Phase "D"

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)

Taylor Industrial Construction    16 Men @ 11½ hr.

Daniels Welding                3 Men @ 12 hrs.

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)

None

**VISITORS** (who, company, reason for visit, arrival & departure time)

No Visitors (William Slone came by for a couple of hours)

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

None

SUPT. SIGNATURE: Paul Harrell        PRINT NAME: Paul Harrell

OF-0021.1 Rev 060116            Tay00123            Page ___ of ___



**SLONE ASSOCIATES, INC.**

**GENERAL CONTRACTORS**  835 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-8709 • (229) 244-7778

## DAILY FIELD REPORT

DATE: 7-10-16  DAY: Sunday  JOB #: 16-002  JOB NAME: Brooksville, O.C.

**WEATHER**

MIN TEMP: 72°  PRECIPITATION: None during working hours

MAX TEMP: 98°  WEATHER DELAYS: None

CONDITIONS: Hot & Humid

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)

Welding in phase "D."

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)

Taylor Industrial Construction     16 Men @ 11½ hrs.

Daniels Welding                     3 Men @ 12½ hrs.

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)

None

**VISITORS** (who, company, reason for visit, arrival & departure time)

None

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

SUPT. SIGNATURE: Paul Harrell        PRINT NAME: Paul Harrell

OF-0021.1 Rev 080115        Tay00124        Page ___ of ___



**DAILY JOB REPORT**

**SLONE ASSOCIATES, INC.**
GENERAL CONTRACTORS
835 GIL HARBIN INDUSTRIAL BLVD.
VALDOSTA, GA 31601
(229) 244-8709 • Fax (229) 244-7778

DATE Monday 7-11-16
JOB NO 16-002
JOB NAME Brooksville, D.C.
SUPT Paul Harrell

WEATHER: TEMP 97°
Wind strong enough to affect work ☐ Yes ☑ No  If yes, explain below.
PRECIPITATION: ☑ Yes ☐ No   If yes, Start Time 9:30 PM   End Time 11:45 PM
SKY: ☑ Clear ☐ Overcast ☑ Partly Cloudy

**WORK ACTIVITY**

Finishing up "Phase 1"

**FIELD FORCE**

| CONTRACTOR | # MEN | COMMENTS-DESCRIPTION OF WORK |
|---|---|---|
| Taylor Industrial Construction | 12 | |
| Daniels Welding | 3 | |

**EQUIPMENT**

| EQUIP # | EQIPMENT TYPE | REMARKS |
|---|---|---|
| | | |

**MATERIAL DELIVERIES**

| FROM | TIME | QUANTITY | DESCRIPTION |
|---|---|---|---|
| None | | | |

**VISITORS**

None

Tay00125

**SLONE ASSOCIATES, INC.**

GENERAL CONTRACTORS
835 GIL HARBIN INDUSTRIAL BLVD.
VALDOSTA, GA 31601
(229) 244-6709 • Fax (229) 244-7778

**DAILY JOB REPORT**

| DATE SAT. July 16, 2016 | JOB NO. 16-002 |
|---|---|
| JOB NAME Brooksville, D.C. | |
| SUPT. PAul Harrell | |

WEATHER: TEMP 95° 73°  Wind strong enough to affect work ☐ Yes ☑ No  If yes, explain below.
PRECIPITATION: ☐ Yes ☑ No  If yes, Start Time _____ End Time _____
SKY: ☐ Clear  ☐ Overcast  ☑ Partly Cloudy

**WORK ACTIVITY**

Finishing up section "D" welding & some on "C"
Welders also in "drive Isle".

**FIELD FORCE**

| CONTRACTOR | # MEN | COMMENTS-DESCRIPTION OF WORK |
|---|---|---|
| Taylor Industrial construction | 16 | 11½ hrs. |
| Daniels Welding | 2 | 12 hrs. |

**EQUIPMENT**

| EQUIP # | EQIPMENT TYPE | REMARKS |
|---|---|---|
| | | |

**MATERIAL DELIVERIES**

| FROM | TIME | QUANTITY | DESCRIPTION |
|---|---|---|---|
| None | | | |

**VISITORS**

None

Tay00126



**DAILY JOB REPORT**

**SLONE ASSOCIATES, INC.**

GENERAL CONTRACTORS
835 GIL HARBIN INDUSTRIAL BLVD.
VALDOSTA, GA 31601
(229) 244-6709 • Fax (229) 244-7778

DATE _July 17, 2016_   JOB NO. _16-002_
JOB NAME _Brooksville, D.C._
SUPT _Paul Harrell_

WEATHER:   TEMP _98° 74°_   Wind strong enough to affect work ☐ Yes ☑ No  If yes, explain below.
PRECIPITATION: ☐ Yes ☑ No    If yes, Start Time _____   End Time _____
SKY:   ☐ Clear   ☐ Overcast   ☑ Partly Cloudy

**WORK ACTIVITY**

Welding closed down "drive Isle" and starting in "C" section

**FIELD FORCE**

| CONTRACTOR | # MEN | COMMENTS-DESCRIPTION OF WORK |
|---|---|---|
| Taylor Industrial Construction | 16 | @ 12 hrs. |
| Daniels Welding | 2 | @ 12 hrs. |

**EQUIPMENT**

| EQUIP # | EQIPMENT TYPE | REMARKS |
|---|---|---|
| | | |
| | | |
| | | |

**MATERIAL DELIVERIES**

| FROM | TIME | QUANTITY | DESCRIPTION |
|---|---|---|---|
| None | | | |

**VISITORS**

Welding inspector: 1 Man 1½ hrs. 6:00 PM - 7:20 PM
Said it looked good with just a couple of minor "redos"

Tay00127



**DAILY JOB REPORT**

**SLONE**
**ASSOCIATES, INC.**
**GENERAL CONTRACTORS**
835 GIL HARBIN INDUSTRIAL BLVD.
VALDOSTA, GA 31601
(229) 244-6709 • Fax (229) 244-7778

DATE MON, July 18 2016      JOB NO 16-002
JOB NAME Brooksville, D.C.
SUPT Paul Harrell

WEATHER:   TEMP 93°      Wind strong enough to affect work ☐ Yes ☑ No   If yes, explain below.
PRECIPITATION: ☐ Yes ☑ No      If yes, Start Time _____      End Time _____
SKY:   ☐ Clear      ☐ Overcast   ☑ Partly Cloudy

**WORK ACTIVITY**

Welding in section "C" and down "drive Isles"
Rods welding Welded, Welding angle & plates

**FIELD FORCE**

| CONTRACTOR | # MEN | COMMENTS-DESCRIPTION OF WORK |
|---|---|---|
| Taylor Industrial Construction | 15 | @ 12 |
| Daniels Welding | 2 | @ 12 1/2 |

**EQUIPMENT**

| EQUIP # | EQIPMENT TYPE | REMARKS |
|---|---|---|
| | | |
| | | |
| | | |

**MATERIAL DELIVERIES**

| FROM | TIME | QUANTITY | DESCRIPTION |
|---|---|---|---|
| None | | | |
| | | | |

**VISITORS**

None

Tay00128



**SLONE**
ASSOCIATES, INC.

GENERAL CONTRACTORS   835 GIL HARBIN INDUSTRIAL BLVD. · VALDOSTA, GA 31601 · (229) 244-6709 · (229) 244-7778

## DAILY FIELD REPORT

DATE: 7/22/16   DAY: Friday   JOB #: 16-002   JOB NAME: Brookville D.C.

**WEATHER**

MIN TEMP: 80°   PRECIPITATION: none

MAX TEMP: 95°   WEATHER DELAYS: none.

CONDITIONS: hot/humid

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)

Layout pits + general cleaning   Layout F-1 new location
due to interference with existing power conduits

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)

Wiggins Elect  Install conduit + move exist TC cabinet (2 men 10h)
Symbiotic (12men @ 10hrs) Traffic Control, gen cleaning
Frazier (46men @ 10hrs) Build vinstall new decking, decking @ transfer deck

Labor Ready - (2men @ 5hr) Layout pits + general cleaning

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)

Holiday Inn (credit card purchase) Conf # 66494853
Lowes (credit card purchase) Trans # 2185800
Race Trac (credit card purchase) Appr # 71955J

**VISITORS** (who, company, reason for visit, arrival & departure time)

Mr William + Jack (Engineer) - Inspect bar joists

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

N/A

SUPT. SIGNATURE: Kennell James Harper Jr.   PRINT NAME: Kenneth James Harper J

OF-0021 1 Rev 060115

Tay00129

Page 1 of 1



**SLONE**
**ASSOCIATES, INC.**
**GENERAL CONTRACTORS** 835 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-8709 • (229) 244-7778

## DAILY FIELD REPORT

| DATE: 7-23-16 | DAY: SAT. | JOB #: 16-002 | JOB NAME: Brooksville, D.C. |
|---|---|---|---|

**WEATHER**

| MIN TEMP: 77° | PRECIPITATION: None |
|---|---|
| MAX TEMP: 96° | WEATHER DELAYS: None |
| CONDITIONS: Humid | |

**SELF PERFORMED WORK ACTIVITY** *(employees on site, work performed, equipment on site)*

welded rods in sections 5, 6, 9 7
Welded in section phase "8" & "7"
Started a couple of Fan welds

**SUBCONTRACT WORK ACTIVITY** *(company name, # of men, equipment, work performed, any additional comments)*

Taylor Industrial Construction     15 Men @ 12 Hrs.

Daniels Welding                3 Men @ 18 Hrs.

**MATERIAL DELIVERIES** *(vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)*

None

**VISITORS** *(who, company, reason for visit, arrival & departure time)*

None

**ADDITIONAL NOTES/COMMENTS** *(QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)*

SUPT. SIGNATURE: Paul Harrell          PRINT NAME: Paul Harrell

OF-0021.1 Rev 060115

Page ___ of ___

Tay00130



**SLONE ASSOCIATES, INC.**
GENERAL CONTRACTORS   835 GIL HARBIN INDUSTRIAL BLVD. · VALDOSTA, GA 31601 · (229) 244-6709 · (229) 244-7778

# DAILY FIELD REPORT

DATE: 7-24-16  DAY: Sun.  JOB #: 16-002  JOB NAME: Brooksville, D.C.

**WEATHER**
MIN TEMP: 72°  PRECIPITATION: .2 Rain
MAX TEMP: 95°  WEATHER DELAYS: None
CONDITIONS:

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)
More welding for fans, more in sec. # 5, 6, & 7. More in "drive aisle," & "C" section. Finish braces for fans.

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)
Taylor Industrial Construction   15 men @ 12 Hrs.
Daniels welding   3 men @ 12 1/2 hrs.

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)
None

**VISITORS** (who, company, reason for visit, arrival & departure time)
* "Jack" Engineers going over other possibilities for welding on bar joist with Bill Daniels, William Slone etc. "Jack" on jet from 8:00AM-10:30PM

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

SUPT. SIGNATURE: Paul Harrell   PRINT NAME: Paul Harrell

OF-0021.1 Rev 060115

Tay00131



**SLONE ASSOCIATES, INC.**
GENERAL CONTRACTORS   835 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-6709 • (229) 244-7778

# DAILY FIELD REPORT

| DATE: Monday | DAY: 7-25-16 | JOB #: 16-002 | JOB NAME: Brooksville D.C. |
|---|---|---|---|

**WEATHER**

MIN TEMP: 70⁰   PRECIPITATION: None

MAX TEMP: 95⁰   WEATHER DELAYS: None

CONDITIONS: Humid / cloudy

**SELF PERFORMED WORK ACTIVITY** (employees on site, work performed, equipment on site)

Almost finish section between D-11 & D12

worked also on sections 5, 6, + 7

**SUBCONTRACT WORK ACTIVITY** (company name, # of men, equipment, work performed, any additional comments)

Trym industrial construction     13 Men @ 11½

Daniels Welding                   3 Men @ 12 Hrs.

**MATERIAL DELIVERIES** (vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)

None

**VISITORS** (who, company, reason for visit, arrival & departure time)

None

**ADDITIONAL NOTES/COMMENTS** (QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)

SUPT. SIGNATURE: Paul Harrell     PRINT NAME: Paul Harrell

OF-0021.1 Rev 080115

Page ___ of ___

Tay00132



**SLONE**
**ASSOCIATES, INC.**
**GENERAL CONTRACTORS**  835 GIL HARBIN INDUSTRIAL BLVD. • VALDOSTA, GA 31601 • (229) 244-6709 • (229) 244-7778

# DAILY FIELD REPORT

| DATE: | DAY: Sat | JOB #: 16-002 | JOB NAME: |
|---|---|---|---|

| WEATHER | | |
|---|---|---|
| MIN TEMP: 74° | PRECIPITATION: | |
| MAX TEMP: 9°° | WEATHER DELAYS: | |
| CONDITIONS: | | |

**SELF PERFORMED WORK ACTIVITY** *(employees on site, work performed, equipment on site)*

**SUBCONTRACT WORK ACTIVITY** *(company name, # of men, equipment, work performed, any additional comments)*

None

**MATERIAL DELIVERIES** *(vendor, products delivered, time, delivered via, list any incomplete or damaged deliveries)*

None

**VISITORS** *(who, company, reason for visit, arrival & departure time)*

None

**ADDITIONAL NOTES/COMMENTS** *(QC tests/inspections with results, accident/safety meetings, work stoppage, injuries, delays)*

SUPT. SIGNATURE: _____   PRINT NAME: _____

OF-0021.1 Rev 060115

Page ___ of ___

Tay00133

Exhibit D

# Invoice

Taylor Industrial Construction, Inc.

1321 Shady Oak Ln
Jasper, FL 32052

| Date | Invoice # |
|------|-----------|
| 7/6/2016 | 2016-076 |

| Bill To | Ship To |
|---------|---------|
| Daniles Welding Service, Inc.<br>449 Bark RD<br>Ocilla, GA 31774 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Invoice | 16180 | 7/6/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | CONTRACT | Reinforce Bar Joist at the Walmart Distribution Center<br>Brooksville, FL | | |
| 576 | CONTRACT | 6/25/16 - 6/27/16 | 60.00 | 34,560.00 |
| 503 | CONTRACT | 7/2/16 -7/4/16 | 60.00 | 30,180.00 |
| 1 | CONTRACT | This invoice is for labor only | | |

An additional 1.5% will be added if this invoice is not paid with in 30 days from the date of invoice

| **Total** | $64,740.00 |
|-----------|------------|

Taylor Industrial Construction, Inc.

# Invoice

1321 Shady Oak Ln
Jasper, FL 32052

| Date | Invoice # |
|------|-----------|
| 8/11/2016 | 2016-094 |

| Bill To | Ship To |
|---------|---------|
| Daniles Welding Service, Inc.<br>449 Bark RD<br>Ocilla, GA 31774 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Invoice | 16180 | 8/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | CONTRACT | Reinforce Bar Joist at the Walmart Distribution Center in Brookesville, FL | | 31,500.00 |
| 525 | Hours | 7/23/16 - 7/26/16 | 60.00 | 1,125.00 |
| 15 | Equipment | 1 Truck per day | 75.00 | 887.56 |
| 1 | Expendables | Expendables | 887.56 | 10,406.88 |
| 1 | Equipment | Rental Equipment (Sunbelt) | 10,406.88 | |

| An additional 1.5% will be added if this invoice is not paid with in 30 days from the date of invoice | **Total** | **$43,919.44** |
|---|---|---|

ATTACHMENT
1 of 5

Taylor Industrial Construction, Inc.

1321 Shady Oak Ln
Jasper, FL 32052

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2016 | 2016-092 |

| Bill To |
|---------|
| Daniles Welding Service, Inc.<br>449 Bark RD<br>Ocilla, GA 31774 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Due Upon Invoice | 16180 | 7/26/2016 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | CONTRACT | Reinforce Bar Joist at the Walmart Distribution Center in Brooksville, FL |  | 32,370.00 |
| 539.5 | Hours | 7/9/16 - 7/11/16 | 60.00 | 32,340.00 |
| 539 | Hours | 7/16/16 - 7/18/16 | 60.00 |  |
| 1 | CONTRACT | This invoice is for labor only. |  |  |

An additional 1.5% will be added if this invoice is not paid with in 30 days from the date of invoice

**Total** $64,710.00