Exhibit 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TAYLOR INDUSTRIAL CONSTRUCTION, INC., a Florida Corporation<br><br>　　Plaintiff<br><br>v.<br><br>WESTFIELD INSURANCE COMPANY, an Ohio Corporation<br><br>　　Defendant | Case No. 8:16-cv-02960-SCB-MAP |
| SLONE ASSOCIATES INC., a Georgia Corporation<br><br>Counter-Plaintiff<br><br>v.<br><br>TAYLOR INDUSTRIAL CONSTRUCTION, INC., a Florida Corporation<br><br>　　Counter-Defendant | |
| SLONE ASSOCIATES INC., a Georgia Corporation<br><br>　　Third-Party Plaintiff<br>v.<br><br>DANIELS WELDING SERVICES, INC., A Georgia Corporation<br><br>　　Third-Party Defendant | |

### WESTFIELD INSURANCE COMPANY'S RESPONSES TO TAYLOR INDUSTRIAL CONSTRUCTION, INC.'S FIRST SET OF INTERROGATORIES

Westfield Insurance Company ("Westfield"), by and through undersigned counsel responds to the First Set of Interrogatories of Taylor Industrial Construction, Inc. ("Taylor") as

3

follows.

## DEFINITIONS

1. The term "Daniels" shall mean Daniels Welding Services, Inc.

2. The term "Slone" shall mean Slone Associates, Inc., Westfields's surety.

3. The term the "Parties" shall mean, collectively, all parties named in this action.

4. The term the "Property" or "Project" shall mean the construction project located at 5100 Kettering Blvd. Brooksville, FL.

## RESPONSES

**Interrogatory #1**:

*Identify with specificity the hours of work on the Project performed by Taylor included in the Lien that you contend are willfully exaggerated.*

**Answer:**

Westfield objects to Interrogatory #1 as being overbroad. Westfield is in the process of compiling evidence related to exaggeration of Taylor's lien. Westfield reserves the right to dispute Taylor's time records provided in discovery.

**Interrogatory #2:**

*Identify with specificity the cost incurred by Taylor in the Lien that you contend is willfully exaggerated.*

**Answer:**

Westfield objects to Interrogatory #3 as being overbroad and vague. Westfield is in the process of compiling evidence related to exaggeration of Taylor's lien. Further, the term "cost" is not sufficiently defined to allow to accurately respond. Westfield reserves the right to dispute any costs that may be provided in discovery.

**Interrogatory #3:**

*Identify with specificity the location of each weld on the Project, including the joist number, that you contend was deficient, as well as: how and when you first became aware of the deficiency in the weld; the companies that performed welding work on that particular joist, the dates those companies performed welding work on the joist, and the factual basis, including any inspection reports and witnesses, that support your response; the cost paid to correct the deficient welding on each joist; and, the date Taylor was first notified by you or any subcontractor of the deficiency in the weld, including the means used to provide that notice to Taylor.*

4

**Answer:**

Westfield objects to Interrogatory #3 to the extent that it is unclear by including several separated interrogatories in a single request. Westfield is not familiar with the specific work on each joist of the Project. Westfield is not in possession of documents reflecting the work performed.

**Interrogatory #4:**

*Please identify every person responsible for reviewing, approving, rejecting, or otherwise evaluation Taylor's invoices or applications for payment under the Subsubcontract setting out for each:*

   a. *The invoice or pay application evaluated;*
   b. *The date and time of the evaluation; and*
   c. *All conclusions, recommendations, or other results of the evaluation.*

**Answer:**

Westfield has no responsibility to evaluate Taylor's invoices and has not evaluated any of said invoices.

## VERIFICATION OF INTERROGATORIES

Under Penalties of perjury, I hereby swear or affirm what the foregoing Answers of WESTFIELD INSURANCE COMPANY are true and correct to the best of my knowledge.

WESTFIELD INSURANCE COMPANY

By: Alex S. Mosyjowski
Its: Surety Claims Counsel

STATE OF _____ OHIO _____ )
COUNTY OF  Medina  )

Sworn to and subscribed before me this 19th day of September, 2017 by Alex Mosyjowski, who ( ) is personally known to me or ( ) produced _____ as identification.

Notary Signature

Print Name of Notary: DEBRA L. SHERMAN
Notary Public, State of Ohio
My Comm. Expires 12-7-2019

5