

Re: TAYLOR V. WALMART-DEPOSITION OF COUNSEL WHO PREPARED CLAIM OF LIEN – Inbox

## Message

Re: TAYLOR V. WALMART-DEPOSITION OF COUNSEL WHO PREPARED CLAIM OF LIEN

**Brian Lambert <blambert@cotneycl.com>**
Tuesday, November 27, 2018 at 4:05 PM
To: Wendy Gory
Cc: Jenna Carter; Daniel Auerbach; John Brock; Michael Adam Sasso
📎 : image001.jpg (2.9 KB); image001.jpg (2.9 KB) [Preview All]

Wendy, we have an outstanding request for production to Taylor involving the lien documents and Taylor's correspondence with this attorney. We need to have the deposition following the receipt of these documents so it will need to occur after that time.

On Tue, Nov 27, 2018 at 12:46 PM Wendy Gory <WGory@sasso-law.com> wrote:

Good afternoon Jenna:

Please be advised that Mr. Sasso is no longer available for the deposition of Andrew Sodl on December 4, 2018.

Please advise if your office will set his deposition on Friday, November 30th instead.

Thank you,

Wendy

Wendy E. Gory

Florida Registered Paralegal

email_0

SASSO & SASSO, P.A.