# EXHIBIT "2"

## Greg Taylor

**From:** Andrew Sodl <andrewsodl@gmail.com>
**Sent:** Thursday, August 18, 2016 4:13 PM
**To:** Greg Taylor
**Subject:** Lien
**Attachments:** Claim of Lien.pdf

Greg,

 Send original document with $10 recording fees made out to the clerk to the following address:

Hernando County Clerk of Court

Attn: Recording Department

20 N Main St, Brooksville FL 34601

Call me if you have any questions. Thanks,

- Andy