**Greg Taylor**

**From:** Andrew Sodl <andrewsodl@gmail.com>
**Sent:** Thursday, August 18, 2016 4:13 PM
**To:** Greg Taylor
**Subject:** Lien
**Attachments:** Claim of Lien.pdf

Greg,

[redacted] Send original document with $10 recording fees made out to the clerk to the following address:

Hernando County Clerk of Court

Attn: Recording Department

20 N Main St, Brooksville FL 34601

Call me if you have any questions. Thanks,

- Andy

1

TAY000436

**Prepared by & return to:**
Taylor Industrial Construction, Inc.
c/o Greg Taylor
1321 Shady Oak Lane
Jasper, Florida 32052

**WARNING! THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR DISCHARGE THIS LIEN.**

<u>**CLAIM OF LIEN**</u>

STATE OF FLORIDA        )
COUNTY OF HAMILTON      )

BEFORE ME, the undersigned notary public, personally appeared Greg Taylor, who was duly sworn and says that he is the President of Taylor Industrial Construction, Inc., whose address is 1321 Shady Oak Lane, Jasper, Florida 32052 (the "**Lienor**"); and that in accordance with a contract with Daniels Welding Services, Inc., Lienor furnished labor, services, or materials consisting of to reinforce bar joists on the real property located at 5100 Kettering Road, Brooksville, Florida 34602 Parcel No. R09 423 21 0000 0020 0020 Parcel Key: 01220903 (the "**Property**"), owned by Wal-Mark Stores, Inc. ("**Owner**"), of a total value of approximately $194,400.00, of which there remains unpaid $175,453.36, and furnished the first of these items on June 25, 2016, and the last of the items on August 26, 2016; that the Lienor served its notice to the Owner on June 30, 2016, by U.S. Postal Service Certified Mail; and that the Lienor served copies of the notice to the contractor Slone Associates, Inc. (the "**Contractor**") on June 30, 2016, by U.S. Postal Service Certified Mail, and on the subcontractor Daniels Welding Services, Inc. (the "**Subcontractor**") on June 30, 2016, by U.S. Postal Service Certified Mail.

_____
Greg Taylor, President, Taylor Industrial Construction, Inc.

STATE OF FLORIDA        )
COUNTY OF HAMILTON      )

The foregoing instrument was acknowledged before me this _____ day of August, 2016, by Greg Taylor, as President of Taylor Industrial Construction, Inc., a Florida corporation, on behalf of the corporation, who is personally known to me or has produced _____ as identification.

_____
Notary Public at Large, State and County Aforesaid
My commission expires: _____
Personally Known: _____
Produced Identification: _____

TAY000437